# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS GAETA, | : |
| Plaintiff, | : 1:15-cv-00797 |
| | : Hon. John E. Jones III |
| v. | : |
| TROOPER MICHAEL THOMAS, PENNSYLVANIA STATE POLICE CORPORAL ROBERT LOMBARDO, and TROOPER MATTHEW JONES, | : |
| Defendants. | : |

## ORDER

### March 29, 2018

Presently before this Court is Defendants' Motion for Summary Judgment. (Doc. 48). In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion for Summary Judgment (Doc. 48) is **GRANTED** in its entirety.

2. The Clerk of the Court **SHALL CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge